**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ray Sharpe,

        Plaintiff

v.

Alisha Grundy, et al.,

        Defendants

Case No.: 2:17-cv-01905-JAD-PAL

**Order Adopting Report & Recommendation**

[ECF No. 10]

    Pro se plaintiff Ray Sharpe is a prisoner in the custody of the Nevada Department of Corrections. Sharpe brings this civil-rights action under 42 U.S.C. § 1983 against private individual Alisha Grundy and a Las Vegas Metropolitan Police Officer, alleging that the officer allowed Grundy to "remove and take" Sharpe's property from his house without his consent.[1] Because civil-rights actions are only available against state actors, and Grundy is merely a private citizen, and because officers have no constitutional duty to protect Sharpe's property from Grundy, the magistrate judge recommends on screening that I dismiss Sharpe's case with prejudice and without leave to amend.[2] Having reviewed the report and recommendation de novo, I find it accurate and adopt it in full. And "no review is required of a magistrate judge's report and recommendation unless objections are filed,"[3] and Sharpe's February 14, 2019, deadline to object passed without any objection having been filed. Accordingly,

    IT IS HEREBY ORDERED THAT:

- The Report and Recommendation **[ECF No. 10] is ADOPTED** in full;
- **This case is DISMISSED** with prejudice;

---

[1] ECF No. 1-1.

[2] ECF No. 10.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

- The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: February 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey